

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00398-CR

Susan I. **ANDERSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0841
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant Susan I. Anderson pled no contest to tampering with a governmental record with intent to defraud or harm. On January 16, 2015, Appellant's adjudication of guilt was deferred and she was placed on community supervision. On June 1, 2016, the trial court amended Appellant's community supervision conditions. Appellant now seeks to appeal from the trial court's June 1, 2016 order modifying the conditions of her deferred adjudication.

"[A]n order modifying the terms or conditions of deferred adjudication is not in itself appealable." *Davis v. State*, 195 S.W.3d 708, 711 (Tex. Crim. App. 2006); *see Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977).

We ORDER Appellant to show cause in writing within THIRTY DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See Davis*, 195 S.W.3d at 711.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

Keith E. Hottle
Clerk of Court